UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 13114
   ARNOLD THOMPSON
   DOLORES THOMPSON                        CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8841     SSN XXX-XX-1380
```

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
        The case was filed on 04/02/2004 and was confirmed 07/15/2004.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

        The case was converted to chapter 7 after confirmation 04/07/2005.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCI | SECURED | 232.00 | .00 | .00 |
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| CITI FINANCIAL MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED | 11225.00 | 588.58 | 295.52 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 10418.25 | .00 | .00 |
| B-LINE LLC/BANK FIRST | UNSECURED | 1617.23 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1463.31 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4074.79 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4271.38 | .00 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 611.84 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 875.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| DRESS BARN | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 955.69 | .00 | .00 |
| B-LINE LLC | UNSECURED | 1729.45 | .00 | .00 |
| PROVIDIAN VISA | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 1332.92 | .00 | .00 |
| SHELL CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| SILVERLEAF RESORT INC | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSECURED | 1613.78 | .00 | .00 |
| B-FIRST LLC | UNSECURED | 1021.74 | .00 | .00 |
| AURORA LOAN SERVICES | MORTGAGE ARRE | 2243.98 | .00 | 84.35 |
| B-LINE LLC | UNSECURED | 4331.30 | .00 | .00 |
| MGM LAW OFFICES | ORIGINAL ATTO | 1585.00 | .00 | 1585.00 |
| DEBRA J VORHIES LEVINE | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 141.51 |

                   PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 13114 ARNOLD THOMPSON & DOLORES THOMPSON

```
DEBTOR REFUND            REFUND                                    15.04
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------
                         RECEIPTS        DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  2,710.00

PRIORITY                                        .00
SECURED                                      379.87
    INTEREST                                 588.58
UNSECURED                                       .00
ADMINISTRATIVE                             1,585.00
TRUSTEE COMPENSATION                         141.51
DEBTOR REFUND                                 15.04
                         ---------------    ---------------
TOTALS                   2,710.00          2,710.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
       Dated: 09/01/05        _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 04 B 13114 ARNOLD THOMPSON & DOLORES THOMPSON
```