IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| THOMPSON, ARNOLD | ) | |
| THOMPSON, DOLORES | ) | CASE NO. 04 B 13114 |
| | ) | |
| | ) | JUDGE SUSAN PIERSON SONDERBY |
| Debtor(s) | ) | |

## PROPOSED DISTRIBUTION REPORT

I, DAVID P. LEIBOWITZ, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 9,797.00 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 47,689.61 |
| Post-Petition Interest: | $ 1,251.15 |
| Surplus to Debtor: | $ 29,789.52 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 88,527.28 |

**EXHIBIT D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $58,573.95 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 6 | Aurora Loan Services Inc | 58,573.95 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $9,797.00 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | DAVID P. LEIBOWITZ, TRUSTEE FEES | 9,690.82 | 9,690.82 |
| | DAVID P. LEIBOWITZ, TRUSTEE EXPENSES | 106.18 | 106.18 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

**EXHIBIT D**

§507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f)

| | | $0.00 | 0.00% |
|---|---|---|---|

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 5. | TYPE OF CLAIMS | | |

§507(a)(3) - Wages, salaries or commissions limited to $4,300.00

| | | $0.00 | 0.00% |
|---|---|---|---|

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 6. | TYPE OF CLAIMS | | |

§507(a)(4) - Contributions to Employee Benefit Funds

| | | $0.00 | 0.00% |
|---|---|---|---|

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 7. | TYPE OF CLAIMS | | |

§507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00

| | | $0.00 | 0.00% |
|---|---|---|---|

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 8. | TYPE OF CLAIMS | | |

**EXHIBIT D**

| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
|---|---|---|

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT D**

OF CLAIMS

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| 13. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $47,689.61 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Peoples Gas Light & Coke Co | 955.69 | 955.69 |
| 2 | B-Line LLC/BankFirst | 1,613.78 | 1,613.78 |
| 3 | B-Line LLC/BankFirst | 1,617.23 | 1,617.23 |
| 4 | City of Chicago Department of Revenue | 875.00 | 875.00 |
| 5 | B-First LLC | 1,021.74 | 1,021.74 |
| 7 | American General Financial Services of IL | 232.00 | 232.00 |
| 8 | Sherman Acquisition LP asssignee of Citibank USA, N.A. | 1,332.92 | 1,332.92 |
| 9 | B-FIRST, LLC | 1,729.45 | 1,729.45 |
| 10 | B-FIRST, LLC | 4,331.30 | 4,331.30 |
| 11 | Wells Fargo Financial Acceptance | 21,643.25 | 21,643.25 |
| 13 | Capital One Bank | 4,271.38 | 4,271.38 |
| 14 | Capital One Bank | 4,074.79 | 4,074.79 |

**EXHIBIT D**

| 15 | Capital One Bank | 611.84 | 611.84 |
| 16 | Capital One Bank | 1,463.31 | 1,463.31 |
| 17 | Citibank ( South Dakota) N A | 611.46 | 611.46 |
| 18 | American General Financial Services of IL | 212.00 | 212.00 |
| 19 | Recovery Management Systems Corporation For GE Money Bank | 532.00 | 532.00 |
| 20 | Recovery Management Systems Corporation For GE Money Bank | 560.47 | 560.47 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| | Subordinated unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**EXHIBIT D**

| 17.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $1,251.15 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1I | Peoples Gas Light & Coke Co | 25.07 | 25.07 |
| 2I | B-Line LLC/BankFirst | 42.34 | 42.34 |
| 3I | B-Line LLC/BankFirst | 42.43 | 42.43 |
| 4I | City of Chicago Department of Revenue | 22.96 | 22.96 |
| 5I | B-First LLC | 26.81 | 26.81 |
| 7I | American General Financial Services of IL | 6.09 | 6.09 |
| 8I | Sherman Acquisition LP asssignee of Citibank USA, N.A. | 34.97 | 34.97 |
| 9I | B-FIRST, LLC | 45.37 | 45.37 |
| 10I | B-FIRST, LLC | 113.63 | 113.63 |
| 11I | Wells Fargo Financial Acceptance | 567.82 | 567.82 |
| 13I | Capital One Bank | 112.06 | 112.06 |
| 14I | Capital One Bank | 106.90 | 106.90 |
| 15I | Capital One Bank | 16.05 | 16.05 |
| 16I | Capital One Bank | 38.39 | 38.39 |
| 17I | Citibank ( South Dakota) N A | 16.04 | 16.04 |
| 18I | American General Financial Services of | 5.56 | 5.56 |

**EXHIBIT D**

IL

| | | | |
|---|---|---|---|
| 19I | Recovery Management Systems Corporation For GE Money Bank | 13.96 | 13.96 |
| 20I | Recovery Management Systems Corporation For GE Money Bank | 14.70 | 14.70 |

| 18.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $31,834.54 | 93.58% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| SURPLUS | THOMPSON, ARNOLD | 31,834.54 | 29,789.52 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 12 | Aurora Loan Services Inc c/o Codilis & Associates P C 15W030 N Frontage Road Suite 100 Burr Ridge, IL  60527 | $2,243.98 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____        _____
                                              DAVID P. LEIBOWITZ, Trustee

**EXHIBIT D**