**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| THOMPSON, ARNOLD | ) | |
| THOMPSON, DOLORES | ) | CASE NO. 04 B 13114 |
| | ) | |
| | ) | JUDGE SUSAN PIERSON |
| Debtor(s) | ) | SONDERBY |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 South Dearborn, Courtroom 642
         Chicago, Illinois 60604

    on:  February 13, 2007
    at:  10:30 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                    $    168,151.01

    b. Disbursements                               $     80,373.73

    c. Net Cash Available for Distribution$    87,777.28

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 9,690.82 | $ |
| Trustee | $ 0.00 | $ | $ 106.18 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $47,689.61, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Peoples Gas Light & Coke Co | $ 955.69 | $ 955.69 |
| 1I | Peoples Gas Light & Coke Co | $ 25.07 | $ 25.07 |
| 2 | B-Line LLC/BankFirst | $ 1,613.78 | $ 1,613.78 |
| 2I | B-Line LLC/BankFirst | $ 42.34 | $ 42.34 |
| 3 | B-Line LLC/BankFirst | $ 1,617.23 | $ 1,617.23 |
| 3I | B-Line LLC/BankFirst | $ 42.43 | $ 42.43 |
| 4 | City of Chicago Department of Revenue | $ 875.00 | $ 875.00 |
| 4I | City of Chicago Department of Revenue | $ 22.96 | $ 22.96 |
| 5 | B-First LLC | $ 1,021.74 | $ 1,021.74 |
| 5I | B-First LLC | $ 26.81 | $ 26.81 |

| | | | | |
|---|---|---|---|---|
| 7 | American General Financial Services of IL | $ | 232.00 | $ 232.00 |
| 7I | American General Financial Services of IL | $ | 6.09 | $ 6.09 |
| 8 | Sherman Acquisition LP asssignee of Citibank USA, N.A. | $ | 1,332.92 | $ 1,332.92 |
| 8I | Sherman Acquisition LP asssignee of Citibank USA, N.A. | $ | 34.97 | $ 34.97 |
| 9 | B-FIRST, LLC | $ | 1,729.45 | $ 1,729.45 |
| 9I | B-FIRST, LLC | $ | 45.37 | $ 45.37 |
| 10 | B-FIRST, LLC | $ | 4,331.30 | $ 4,331.30 |
| 10I | B-FIRST, LLC | $ | 113.63 | $ 113.63 |
| 11 | Wells Fargo Financial Acceptance | $ | 21,643.25 | $ 21,643.25 |
| 11I | Wells Fargo Financial Acceptance | $ | 567.82 | $ 567.82 |
| 13 | Capital One Bank | $ | 4,271.38 | $ 4,271.38 |
| 13I | Capital One Bank | $ | 112.06 | $ 112.06 |
| 14 | Capital One Bank | $ | 4,074.79 | $ 4,074.79 |
| 14I | Capital One Bank | $ | 106.90 | $ 106.90 |
| 15 | Capital One Bank | $ | 611.84 | $ 611.84 |
| 15I | Capital One Bank | $ | 16.05 | $ 16.05 |
| 16 | Capital One Bank | $ | 1,463.31 | $ 1,463.31 |
| 16I | Capital One Bank | $ | 38.39 | $ 38.39 |
| 17 | Citibank ( South Dakota) N A | $ | 611.46 | $ 611.46 |
| 17I | Citibank ( South Dakota) N A | $ | 16.04 | $ 16.04 |
| 18 | American General Financial Services of IL | $ | 212.00 | $ 212.00 |
| 18I | American General Financial Services of IL | $ | 5.56 | $ 5.56 |
| 19 | Recovery Management Systems Corporation For GE Money Bank | $ | 532.00 | $ 532.00 |
| 19I | Recovery Management Systems Corporation For GE Money Bank | $ | 13.96 | $ 13.96 |
| 20 | Recovery Management Systems Corporation For GE Money Bank | $ | 560.47 | $ 560.47 |
| 20I | Recovery Management Systems Corporation For GE Money Bank | $ | 14.70 | $ 14.70 |
| SURPLUS | THOMPSON, ARNOLD | $ | 31,834.54 | $ 29,039.52 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.   If  no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: January 12, 2007              For the Court,

                          By:  KENNETH S GARDNER
                               Kenneth S. Gardner
                               Clerk of the United States Bankruptcy Court
                               219 S. Dearborn Street, 7th Floor
                               Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2           Date Rcvd: Jan 12, 2007
Case: 04-13114                Form ID: pdf002          Total Served: 42


The following entities were served by first class mail on Jan 14, 2007.
db         +Arnold Thompson,   5948 S. Green,   Chicago, IL 60621-2132
jdb        +Dolores Thompson,   5948 S. Green,   Chicago, IL 60621-2132
aty        +Allan G Sweig,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
aty        +David P Leibowitz,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
aty        +Debra J Vorhies-Levine,   53 W Jackson Boulevard,   Suite 409,   Chicago, IL 60604-3410
aty        +Laura Barrientos-DuVall,   Leibowitz Law Center,   420 W. Clayton St.,   Waukegan, IL 60085-4216
aty        +Mark D McClain,   Law Offices of Konstantine Sparagis, P.C.,   8 S. Michigan Avenue,   27th Floor,
             Chicago, IL 60603-3357
aty        +Patrick McBride,   Moss Codilis Stawiarski Morris Schneidei,   P O Box 1469,
             Scottsbluff, NE 69363-1469
aty        +Richard S Ralston,   Weinstein & Riley, PS,   2101 Fourth Avenue,   Suite 900,
             Seattle, WA 98121-2339
aty        +Terri M Long,   Law Office of Terri M. Long,   18201 Morris Avenue,   Homewood, IL 60430-2189
tr         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
7947618     Action Card,   P.O. Box 5052,   Sioux Falls, SD 57117-5052
8193827     American General Finance,   4607 S Ashland Avenue,   Chicago IL 60609-3252
7947619    +American General Financial Services of IL,   20 North Clark Suite 2600,   Chicago IL 60602-5106
8193828    +Aurora Loan Services,   PO Box 1706,   Scoffsbluff NE 69363-1706
7947620    +Aurora Loan Services Inc,   c/o Codilis & Associates P C,   15W030 N Frontage Road Suite 100,
             Burr Ridge IL 60527-6921
8358009    +Capital One Bank,   P O box  85167,   Richmond, VA 23285-5167
7947621     Capital One Services,   P.O. Box 60000,   Seattle, WA 98190-6000
7947626    +Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-0001
9681708    +Citibank ( South Dakota) N A,   Assoc. Shell Payment Center,   4300 Westown Parkway,
             West Des Moines IA 50266-1266
7947627    +Citifinancial,   PO Box 9023,   Des Moines, IA 50368-9023
7947628    +City of Chicago,   Department of Revenue,   Bureau of Parking - Bankruptcy,
             333 South State Street  Suite #540,   Chicago IL 60604-3992
7947629     Comcast,   P.O. Box 173908,   Denver, CO 80217-3908
7947630     Direct T.V.,   P.O. Box 9001069,   Louisville, KY 40290-1069
7947631     Dress Barn,   P.o. Box 659704,   San Antonio, TX 78265-9704
7947632    +Hupp Lanuti Irion & Burton, P.C.,   227 W. Madison Street,   Ottawa, IL 61350-2866
7947633    +Peoples Gas Light & Coke Co,   130 E Randolph Dr,   Chicago IL 60601-6207
7947634     Providian,   P.O. Box 660548,   Dallas, TX 75266-0548
7947635     Providian Visa Platinum,   P.O. Box 660022,   Dallas, TX 75266-0022
9871544    +Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
9871545    +Recovery Management Systems Corporation,   For GE Money Bank,   dba WAL-MART,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
7947636    +Sam's Club,   PO Box 103036,   Roswell, GA 30076-9036
7947637     Sears,   P.O. Box 182149,   Columbus, OH 43218-2149
7947638    +Shell,   Processing Center,   Des Moines, IA 50367-0001
8141234     Sherman Acquisition LP,   asssignee of Citibank USA, N.A.,   Resurgent Capital Services,
             P O Box 10587,   Greenville SC 29603-0587
7947639    +Silverleaf Resorts,   PO Box 388,   Dallas, TX 75221-0388
7947641     Walmart,   P.O. Box 530927,   Atlanta, GA 30353-0927
7947642    +Wells Fargo Financial Acceptance,   3101 West 69th Street,   Edina MN 55435-2529
The following entities were served by electronic transmission on Jan 13, 2007.
8163692    +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jan 13 2007 02:15:53      B-FIRST, LLC,
             Mail Stop 550,   2101 Fourth Avenue Suite 900,   Seattle WA 98121-2339
8083902    +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jan 13 2007 02:15:53      B-First LLC,
             2101 4th Avenue, Suite 900,   Seattle WA 98121-2339
8061928    +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jan 13 2007 02:15:53      B-Line LLC/BankFirst,
             c/o Weinstein, Treiger & Riley P S,   2101 Fourth Ave Suite 900,   Seattle WA 98121-2339
7947640     E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 13 2007 02:30:44      Verizon Wireless,
             P.O. Box 6170,   Carol Stream, IL 60197-6170
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Codilis & Associates P.C.
br          Luis Martinez,   Maximum Realty Group
7947622*    Capital One Services,   P.O. Box 60000,   Seattle, WA 98190-6000
7947623*    Capital One Services,   P.O. Box 60000,   Seattle, WA 98190-6000
7947624*    Capital One Services,   P.O. Box 60000,   Seattle, WA 98190-6000
7947625*    Capital One Services,   P.O. Box 60000,   Seattle, WA 98190-6000
                                                                                             TOTALS: 2, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7            Page 2 of 2               Date Rcvd: Jan 12, 2007
Case: 04-13114                Form ID: pdf002        Total Served: 42
```

          \*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\*

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2007**                                  **Signature:**   _Joseph Speetjens_