IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| THOMPSON, ARNOLD | ) | |
| THOMPSON, DOLORES | ) | CASE NO. 04 B 13114 |
| | ) | |
| | ) | JUDGE SUSAN PIERSON SONDERBY |
| Debtor(s) | ) | |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation                        $    9,690.82

2. Trustee's expenses                            $      106.18

                                          TOTAL  $    9,797.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated:     FEB 1 3 2007

ENTERED:

SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| THOMPSON, ARNOLD | ) | |
| THOMPSON, DOLORES | ) | CASE NO. 04 B 13114 |
| | ) | |
| | ) | JUDGE SUSAN PIERSON SONDERBY |
| Debtor(s) | ) | |

## DISTRIBUTION REPORT

I, DAVID P. LEIBOWITZ, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 0.00 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 1,251.15 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 47,689.61 |
| Post-Petition Interest: | $ 1,251.15 |
| Surplus to Debtor: | $ 29,789.52 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 29,789.52 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                    PAGE 2

| 1. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 6 | Aurora Loan Services Inc | 58,573.95 | 0.00 |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $0.00 | 9,797.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | DAVID P. LEIBOWITZ | 9,690.82 | 9,690.82 |
| | DAVID P. LEIBOWITZ | 106.18 | 106.18 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $100.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORTS** PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                 PAGE 4

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORTS**                                                                                    PAGE 5

| 13. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Peoples Gas Light & Coke Co | 955.69 | 955.69 |
| 2 | B-Line LLC/BankFirst | 1,613.78 | 1,613.78 |
| 3 | B-Line LLC/BankFirst | 1,617.23 | 1,617.23 |
| 4 | City of Chicago Department of Revenue | 875.00 | 875.00 |
| 5 | B-First LLC | 1,021.74 | 1,021.74 |
| 7 | American General Financial Services of IL | 232.00 | 232.00 |
| 8 | Sherman Acquisition LP asssignee of Citibank USA, N.A. | 1,332.92 | 1,332.92 |
| 9 | B-FIRST, LLC | 1,729.45 | 1,729.45 |
| 10 | B-FIRST, LLC | 4,331.30 | 4,331.30 |
| 11 | Wells Fargo Financial Acceptance | 21,643.25 | 21,643.25 |
| 13 | Capital One Bank | 4,271.38 | 4,271.38 |
| 14 | Capital One Bank | 4,074.79 | 4,074.79 |
| 15 | Capital One Bank | 611.84 | 611.84 |
| 16 | Capital One Bank | 1,463.31 | 1,463.31 |
| 17 | Citibank ( South Dakota) N A | 611.46 | 611.46 |

**DISTRIBUTION REPORTS** **PAGE 6**

| | | | |
|---|---|---:|---:|
| 18 | American General Financial Services of IL | 212.00 | 212.00 |
| 19 | Recovery Management Systems Corporation For GE Money Bank | 532.00 | 532.00 |
| 20 | Recovery Management Systems Corporation For GE Money Bank | 560.47 | 560.47 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | Subordinated unsecured claims | $ | % |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(5) - Interest | $1,251.15 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                PAGE 7

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1I | Peoples Gas Light & Coke Co | 25.07 | 25.07 |
| 2I | B-Line LLC/BankFirst | 42.34 | 42.34 |
| 3I | B-Line LLC/BankFirst | 42.43 | 42.43 |
| 4I | City of Chicago Department of Revenue | 22.96 | 22.96 |
| 5I | B-First LLC | 26.81 | 26.81 |
| 7I | American General Financial Services of IL | 6.09 | 6.09 |
| 8I | Sherman Acquisition LP asssignee of Citibank USA, N.A. | 34.97 | 34.97 |
| 9I | B-FIRST, LLC | 45.37 | 45.37 |
| 10I | B-FIRST, LLC | 113.63 | 113.63 |
| 11I | Wells Fargo Financial Acceptance | 567.82 | 567.82 |
| 13I | Capital One Bank | 112.06 | 112.06 |
| 14I | Capital One Bank | 106.90 | 106.90 |
| 15I | Capital One Bank | 16.05 | 16.05 |
| 16I | Capital One Bank | 38.39 | 38.39 |
| 17I | Citibank ( South Dakota) N A | 16.04 | 16.04 |
| 18I | American General Financial Services of IL | 5.56 | 5.56 |
| 19I | Recovery Management Systems Corporation For GE Money Bank | 13.96 | 13.96 |
| 20I | Recovery Management | 14.70 | 14.70 |

**EXHIBIT D**

**DISTRIBUTION REPORTS** PAGE 8

Systems Corporation For GE
Money Bank

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $31,834.54 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| SURPLUS | THOMPSON, ARNOLD | 31,834.54 | 29,789.52 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 12 | Aurora Loan Services Inc c/o Codilis & Associates P C 15W030 N Frontage Road Suite 100 Burr Ridge, IL 60527 | $2,243.98 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: February 14, 2007  /s/ David P. Leibowitz
DAVID P. LEIBOWITZ, Trustee

**EXHIBIT D**